[Nos. 21835-6-II; 22589-1-II.   Division Two.   November 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANTAY
JAWAUN JONES, *Appellant*.

*In the Matter of the Personal Restraint of* SHANTAY
JAWAUN JONES, *Petitioner.*

Appeal from a judgment of the Superior Court for Clark
County, No. 96-1-01468-1, James D. Ladley, J., entered April
1, 1997, together with a petition for relief from personal re-
straint. Judgment *affirmed* and petition *denied* by unpub-
lished opinion per Morgan, J., concurred in by Armstrong
and Hunt, JJ.

[No. 21921-2-II.   Division Two.   November 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN PAUL
PERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 97-1-00149-2, David R. Draper, J., entered April
22, 1997. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 21995-6-II.   Division Two.   November 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. LESLIE V.
COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 96-1-04408-5, Roseanne Buckner, J., entered
May 15, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Houghton, C.J., and Bridgewa-
ter, J.